## Commonwealth *v.* Gastgeb, Appellant.

Before HANNA, J., without a jury.

Submitted November 17, 1975. *John P. Liekar,* Public Defender, for appellant; *Paul M. Petro,* Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.